PROB 12A
(4/08) Revised

# United States District Court
## for the
## DISTRICT OF MARYLAND

FILED ___ ENTERED
___ RECEIVED
JUL 17 2014
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## Report on Offender Under Supervision

| | |
|---|---|
| Offender: Crawford, Erin | Case Number: TMD-13-02913 |
| Sentencing Judicial Officer: | Thomas M. DiGirolamo, U.S. Magistrate Judge |
| Court Location: Greenbelt, Maryland | Date of Original Sentence: 11/20/2013 |
| Original Offense: | Speeding & Driving Under the Influence of Alcohol |
| Original Sentence: | 24 months Probation |
| Type of Supervision: | PROB |
| Date Supervision Commenced: 11/20/2013 | Date Supervision Expires: 11/19/2015 |

### STATUS REPORT

The offender appeared in District Court for Frederick County on June 3, 2014 on the charge of Driving While Impaired by Alcohol (offense date: November 15, 2013). At that time, the offender pled guilty and was sentenced to 12 months incarceration, 9 months suspended. The offender was taken into custody on June 3, 2014.

The offender has shown positive progress on supervision, and she is proactive in her substance abuse treatment. With the exception of her outstanding location monitoring and Central Violation Bureau fees, the offender is compliant with her supervision.

### U.S. PROBATION OFFICER ACTION

No court action is recommended. In accordance with 18 U.S.C. § 3564 (b), the offender's term of probation will be tolled based on her state incarceration.

Respectfully Submitted By:

Gregory Swillo, Senior U.S. Probation Officer

July 14, 2014
Date

Reviewed and Approved By:

Brian K. Schwanke, Supervisory U.S. Probation Officer

7/15/2014
Date

### COURT ACTION

[✓] Agree with USPO action
[ ] Schedule a hearing
[ ] Disagree, Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Disagree, Submit a Request for Warrant or Summons
[ ] Disagree, Other

Thomas M. DiGirolamo, U.S. Magistrate Judge

7/16/14
Date